UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-60027-CR-ZLOCH/Snow

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FRANK HERNANDEZ, et al.

    Defendants.
_____

## O R D E R

THIS CAUSE is before the Court on defendant **Howard Helfant's** Motion to Preclude the Government's Use or Introduction of All Government Discovery Disclosed in Violation of This Court's Standing Discovery Order (DE 453) adopted by defendant **Lawrence Pinkoff**, which was referred to United States Magistrate Judge Lurana S. Snow for disposition. From the outset of this complex case, the undersigned has met regularly with all counsel to oversee the production of discovery, which was voluminous. The defendant's motion is not only frivolous, but could be construed an affront to the Court and all of the attorneys who attended status conferences and cooperated in the discovery process. Being fully advised, it is hereby

ORDERED AND ADJUDGED that the motion DENIED.

DONE AND ORDERED at Fort Lauderdale, Florida, this 5th day of October, 2007.

                                              _____
                                              LURANA S. SNOW
                                              UNITED STATES MAGISTRATE JUDGE

Copies to:
See Attached Service List

**SERVICE LIST**

**USA v. FRANK HERNANDEZ**, et al.

**CASE NO. 07-60027-CR-ZLOCH/Snow**

```
Copies to:

AUSA Ellen Cohen (WPB)
Richard Hersch, Esq. (D-Frank Hernandez)
Omar Guerra Johansson, Esq. (D-Amada Hernandez)
Chris Grillo, Esq. (D-Marhee)
Greg Ross, Esq. (D-Marhee)
Bruce Lyons, Esq. (D-Antonio)
Joe Rosenbaum, Esq. (D-Pinkoff)
Jon May, Esq. (D-E.V.A. Global & Tropical)
David Bogenschutz, Esq. (D-Antoniou)
David Vinikoor, Esq. (D-Wiseberg)
Jeffrey Voluck, Esq. (D-Helfant)
Sean Ellsworth, Esq. (D-Francois)
Alberto Acuna, Esq. (D-Concept RX)
Jeff Harris, Esq. (D-Cruz)
Michael Hursey, Esq. (D-Walker)
Richard Della Fera, Esq. (D-Echols)
Dan Forman, Esq. (D-Edwards and Local Counsel for Hardiman)
Mark Hardiman, Esq. (D-Edwards)
AFPD Chantel Doakes (FTL) (D-Baron)
```